IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**WILLIE E. YOUNG**                                                     **PLAINTIFF**

**V.**                             **CIVIL ACTION NO. 5:07-CV-211 DCB-JMR**

**COOPER LIGHTING, INC.**                              **DEFENDANT**

**ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

THIS DAY this Civil Action came on to be heard on the *ore tenus* motion of the Plaintiff for an enlargement of time to respond to Defendant's Motion for Judgment on the Pleadings, up to and including Friday, August 1, 2008.  The Court, having considered the motion, and specifically finding that counsel for the Defendants has no objection to the request, finds that the motion is well taken and should therefore be granted.  The Court finds specifically as follows:

1. This Civil Action was commenced by the filing of a Complaint on November 20, 2007.

2. The Defendant, Cooper Lighting, Inc., on or about July 10, 2008, filed a Motion for Judgment on the Pleadings.

3. The requested extension of time is reasonable under the circumstances and will not prejudice any party or cause substantial delay.

4. Federal Rule of Civil Procedure 6(b)(1) grants the Court the power to enlarge time for cause shown in its discretion if the request is made before the expiration of the period originally prescribed.  Fed.R.Civ.P. 6.  Plaintiff have complied with the requirements of Rule 6.

IT IS THEREFORE ORDERED that the Plaintiffs are hereby granted an enlargement of time, up to and including August 1, 2008, in which to file a Response to Defendant's Motion for

Judgment on the Pleadings.

SO ORDERED this the   29th   day of     July     , 2008.


        s/ David Bramlette
        U.S. District Court Judge